# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SURGERY CENTER OF VIERA, LLC,**

          **Plaintiff,**

**v.**                                **Case No:   6:19-cv-2110-Orl-22DCI**

**CIGNA HEALTH AND LIFE
INSURANCE COMPANY, SAMMONS
CORPORATION and SAMMONS
CORPORATION MEDICAL EXPENSE
BENEFIT PLAN,**

          **Defendants.**

_____

## ORDER OF DISMISSAL

The Court has been advised by **counsel for the parties** that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on June 16, 2020.

ANNE C. CONWAY
United States District Judge

**<u>COPIES FURNISHED TO:</u>**
Counsel of Record